#### UNITED STATES DISTRICT COURT
#### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH GUISTI<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A., EQUIFAX INFORMATION SERVICES LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendants. | CASE NO.: 3:17-cv-30059-MAP<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, RALPH GUISTI ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the Plaintiff has reached a settlement with Defendant Chase Bank USA, N.A. ("Chase") (hereinafter Chase together with Plaintiff referred to as "Parties") in the above-referenced matter. The Parties are in the process of finalizing the settlement, whereupon Plaintiff will file a Notice of Dismissal with Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i). The Parties anticipate that the settlement and dismissal of claims against Chase will be finalized within the next thirty (30) days.

Respectfully submitted this 4th day of August, 2017.

_By: /s/ Joon N. Kee_
Joon N. Kee
AZ Bar # 028152
MCCARTHY LAW PLC
4250 N. Drinkwater Boulevard, Suite 320
Scottsdale, AZ 85251
Phone: 602-456-8900
Fax: 602-218-4447
joon.kee@mccarthylawyer.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: /s/Joon N. Kee